UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>     John Edward McKnight, III<br><br>Debtor | Chapter 13<br>Bankruptcy No.22-10099-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 25th day of April, 2022, by first class mail upon those listed below:

John Edward McKnight, III
40 N Bonsall Ave.
Glenolden, PA  19036

**Electronically via CM/ECF System Only:**

PRO SE

                                                                                        /s/ Kristen Gliem
                                                                                        Kristen Gliem
                                                                                        for
                                                                                        Scott F. Waterman, Esquire
                                                                                        Standing Chapter 13 Trustee