**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

JOHN EDWARD MCKNIGHT III                    CHAPTER 13

      Debtor.                                        Case No: 22-10099AMC

**ENTRY OF APPEARANCE**

TO THE CLERK OF BANKRUPTCY COURT

Kindle enter my appearance on behalf of the pro se debtor in the above captioned matter.

Respectfully Submitted,

GELLERT SCALI BUSENKELL &
BROWN, LLC

Dated: May 18, 2022

*/s/ Michael A. Cataldo*
Michael A. Cataldo (No. 49431)
1628 John F. Kenned Blvd. Suite 1901
Philadelphia, PA 19103
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
mcataldo@gsbblaw.com

*Counsel to the Debtor*