# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| John McKnight | : | |
| Debtor(s) | : | Bankruptcy No. 22-10099 |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Michael A. Cataldo, Esq.;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 3,500.00 has been filed in your name by Michael A. Cataldo, Esq. on 5/18/2022.


Dated: May 19, 2022

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK


By: Yvette R.
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)