UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN EDWARD MCKNIGHT, III, | Chapter 13 |
| Debtor. | Bankruptcy No. 22-10099AMC |

CERTIFICATE OF SERVICE

I, MICHAEL A. CATALDO, hereby certify that a true and correct copy of the First Amended Chapter 13 Plan was served upon all interested parties by electronic means, including all creditors on the claims register, on the date set forth below.

Dated: June 6, 2022

GELLERT SCALI BUSENKELL & BROWN, LLC

/s/ Michael A. Cataldo
Michael A. Cataldo (No. 49431)
1628 John F. Kenned Blvd. Suite 1901
Philadelphia,   PA   19103
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
mcatald0@gsbblaw.com

Counsel to the Debtor