IN THE UNITED STATES BANKRUPTCY COURT

FOR EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Case No: 22-10099 AMC |
|---|---|
| John Edward McKnight, III <br> Debtor(s). | Chapter 13 |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 32

The undersigned hereby certifies that as of the date hereof, he has received no answer, objection or other responsive pleading to the Application for Compensation and Reimbursement of Expenses. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application for Compensation and Reimbursement of Expenses appears thereon. Counsel for Debtor certifies that the Application is unopposed and that the Order can be signed granting the requested relief.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

GELLERT SCALI BUSENKELL & BROWN, LLC

Dated: 6/9/2022   By:  /s/Michael A. Cataldo
MICHAEL A. CATALDO (PA 49431)
1628 John F. Kennedy Blvd. Suite 1901
Philadelphia, PA 19103
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
mcataldo@gsbblaw.com

*Counsel for the Debtor*