IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JOHN EDWARD MCKNIGHT, III<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>**Moving Party** | )<br>) Case No.: 22-10099 (AMC)<br>) |
| v. | )<br>) |
| JOHN EDWARD MCKNIGHT, III<br>**Respondent(s)** | )<br>)<br>) |
| SCOTT F. WATERMAN<br>**Trustee** | )<br>)<br>)<br>)<br>) |

# **PRAECIPE WITHDRAWING SANTANDER'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Santander's Objection To Confirmation, filed on or about February 11, 2022 in the above-referenced case, number 20 on the docket.

Date: 7/15/22

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for Santander Consumer USA Inc.