UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :         Chapter 13
JOHN EDWARD MCKNIGHT, III,            :
      Debtor.                                 :         Bankruptcy No. 22-10099AMC

ORDER APPROVING APPLICATION FOR COMPENSATION

AND NOW, this _____ day of _____, 20____, upon consideration of the Application for Compensation, it is

ORDERED that compensation of $3,500.00 is allowed and the balance due to counsel in the amount of $3,500.00 shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

Dated:                                              BY THE COURT

**Date: August 4, 2022**                        _____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

3