| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 22-10099-AMC**

John Edward McKnight, III
40 N Bonsall Ave.
Glenolden  PA    19036

Petition Filed Date: 01/13/2022
341 Hearing Date: 02/25/2022
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/18/2022 | $2,000.00 | | 07/27/2022 | $1,478.00 | | | | |

**Total Receipts for the Period:  $3,478.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,478.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $1,088.11 | $0.00 | $0.00 |
| 2 | SANTANDER CONSUMER USA<br>»»  002 | Secured Creditors | $229.75 | $0.00 | $0.00 |
| 3 | REGIONAL ACCEPTANCE CORP<br>»»  003 | Unsecured Creditors | $11,334.96 | $0.00 | $0.00 |
| 4 | NEWREZ LLC  D/B/A<br>»»  004 | Mortgage Arrears | $71,207.04 | $0.00 | $0.00 |
| 0 | MICHAEL A CATALDO ESQUIRE | Attorney Fees | $3,500.00 | $0.00 | $3,500.00 |

Chapter 13 Case No. 22-10099-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,478.00 | Current Monthly Payment: | $1,478.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $278.24 | Total Plan Base: | $83,290.00 |
| Funds on Hand: | $3,199.76 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.